IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YEISON SALAZAR ARIAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:24-186 |
| COLETTE PETERS, DIRECTOR, BOP, ) | Judge Nora Barry Fischer |
| MICHAEL UNDERWOOD, WARDEN, ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| Respondents. ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 29th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on June 24, 2025, (Docket No. 10), recommending that the § 2241 habeas petition filed by Petitioner Yeison Salazar Arias be denied because he challenged the validity of his sentence such that he must pursue a § 2255 petition before the sentencing court and that the narrow exceptions to same did not apply as the 1-year limitations period for § 2255 petitions had not yet run, and further noting that objections for non-ECF users such as Petitioner were due by July 11, 2025, and no objections having been filed as of the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition of the matter, and upon independent review of the record and de novo consideration of the Magistrate Judge's June 24, 2025 Report and Recommendation, (Docket No. 10), which is ADOPTED as the opinion of this Court, and it further appearing to the Court[1] that

---

[1] The Court takes judicial notice of the filings in the matter before the U.S. District Court for the Middle District of Florida. *See e.g., In re Banks*, 450 F. App'x 155, 156 (3d Cir. 2011) ("with regard to his § 2255 motion, we take judicial notice that his District Court docket reflects significant activity since its filing.").

1

Petitioner subsequently filed a § 2255 Petition in the U.S. District Court for the Middle District of Florida at Case No. 8:25-cv-01881-KKM-CPT (M.D. Fla. Jul 18, 2025), wherein he raises the issues that he has attempted to set forth in the instant § 2241 petition,

IT IS HEREBY ORDERED that the § 2241 Petition (Docket No. 8) is denied, without prejudice to Petitioner's pursuit of the § 2255 petition in the U.S. District Court for the Middle District of Florida;

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly
cc:     Yeison Salazar Arias, Reg. No. 12897-509
        F.C.I. Loretto
        P.O. Box 1000
        Cresson, PA 16630 (via first class mail)